IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | C.A. No. 20-1630 (RGA) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

WHEREAS on November 30, 2020, Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (together, "Amarin") and Plaintiff Mochida Pharmaceutical Co., Ltd. ("Mochida") (collectively, with Amarin, "Plaintiffs") filed a complaint for patent infringement against Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC (together, "Hikma") (D.I. 1);

WHEREAS Plaintiffs served a summons and a copy of the Complaint on Hikma Pharmaceuticals USA Inc., though its registered agent, on December 1, 2020 (D.I. 5);

WHEREAS Defendant Hikma Pharmaceuticals PLC is a corporation organized and existing under the laws of the United Kingdom; and,

WHEREAS at Plaintiffs' request, counsel for Hikma Pharmaceuticals PLC has agreed to waive service in this action; and Plaintiffs have agreed that the time for Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC to answer, move or otherwise respond to the Complaint

shall be extended to February 22, 2021 to permit Hikma additional time to consider the allegations in the Complaint and the responses thereto.

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC time to answer, move or otherwise response to the Complaint shall be extended to February 22, 2021.

| FISH & RICHARDSON P.C. | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| /s/ Jeremy D. Anderson<br>Jeremy D. Anderson (No. 4515)<br>222 Delaware Ave, 17th Floor<br>Wilmington, DE 19801<br>302-652-5070<br>janderson@fr.com | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, Delaware 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated:  December 8, 2020

SO ORDERED this _____ day of December, 2020.

_____
                              UNITED STATES DISTRICT JUDGE