IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD.

                Plaintiffs;

v.

HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC,

                Defendants.

Civil Action No. 20-1630-RGA-JLH

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Hikma's motion to dismiss the First Amended Complaint (D.I. 19) is **GRANTED**. Hikma's motion to dismiss the original complaint (D.I. 11) is **DISMISSED AS MOOT**. Health Net's motion to dismiss the First Amended Complaint (D.I. 30) is **DENIED**. The first amended complaint (D.I. 17) as to the Hikma Defendants is **DISMISSED** without prejudice.[1]

IT IS SO ORDERED this 4th day of January 2022.

*/s/ Richard G. Andrews*
United States District Judge

---

[1] Plaintiffs requested leave to amend if the first amended complaint was dismissed. (D.I. 22 at 20). Plaintiffs gave no indication as to what more they could plead, but if they have something more, they may file a motion in compliance with the Local Rules seeking leave to amend.