IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., et al.,<br><br>    Defendants. | C.A. No. 20-1630-RGA-JLH |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited and Mochida Pharmaceutical Co., Ltd. (collectively, "Plaintiffs") and defendants Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals PLC and Health Net LLC (collectively, "Defendants"), through the undersigned counsel and subject to the approval of the Court, that the below deadlines shall be extended as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Defendants' Answering Claim Construction Brief | February 9, 2022 | February 16, 2022 |
| Plaintiffs' Reply Claim Construction Brief | February 23, 2022 | March 2, 2022 |
| Defendants' Sur-Reply Claim Construction Brief | March 8, 2022 | March 9, 2022 |
| Joint Claim Construction Brief and Joint Appendix | March 10, 2022 | March 11, 2022 |
| *Markman* Hearing | March 30, 2022 at 1 p.m. | Unchanged |

All other deadlines shall remain unchanged.

| | |
|---|---|
| FISH & RICHARDSON, P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Jeremy D. Anderson | /s/ John C. Phillips, Jr. |
| Jeremy D. Anderson (#4515) | John C. Phillips, Jr. (#110) |
| 222 Delaware Ave, 17th Floor | David A. Bilson (#4986) |
| Wilmington, DE 19801 | 1200 North Broom Street |
| 302-652-5070 | Wilmington, DE 19806 |
| janderson@fr.com | 302-655-4200 |
| | jcp@pmhdelaw.com |
| *Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited and Mochida Pharmaceutical Co., Ltd.* | dab@pmhdelaw.com |
| | *Attorneys for Defendant Health Net, LLC* |

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
302-472-7300
dgattuso@hegh.law

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC*

Dated: February 9, 2022

SO ORDERED this ___ day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

2