IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

**STIPULATION AND [PROPOSED] ORDER CONCERNING CLAIM CONSTRUCTION**

WHEREAS, on November 15, 2021, the parties filed a Joint Claim Construction Chart (D.I. 94) in which they agreed on the following proposed claim constructions:

| Claim Term | Joint Proposed Construction |
|---|---|
| A 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitor <br><br> ('537 patent, claims 1 and 90) | A statin |
| Ethyl icosapentate <br><br> ('537 patent, claims 1 and 9; '861 patent, claim 1) | The term ethyl icosapentate includes all various naming conventions for the ethyl ester of eicosapentaenoic acid ("EPA"), including icosapent ethyl, ethyl eicosapentaenoate, eicosapentaenoic acid ethyl ester, ethyl-EPA, E-EPA, and EPA-E. |
| Ethyl eicosapentaenoate <br><br> ('077 patent, claim 1) | The term ethyl eicosapentaenoate includes all various naming conventions for the ethyl ester of eicosapentaenoic acid ("EPA"), including icosapent ethyl, ethyl icosapentate eicosapentaenoic acid ethyl ester, ethyl-EPA, E-EPA, and EPA-E. |

1

WHEREAS, the parties also agreed in the Joint Claim Construction Chart that the following preamble language is limiting:

- "A method of reducing triglycerides in a subject with mixed dyslipidemia on statin therapy" ('077 patent, claim 1);

- "A method of reducing occurrence of a cardiovascular event in a hypercholesterolemia patient consisting of" ('537 patent, claims 1 and 9); and

- "A method of reducing risk of cardiovascular death in a subject with established cardiovascular disease" ('861 patent, claim 1).

WHEREAS, in the Joint Claim Construction Chart, the parties also identified and provided competing proposed constructions for the following two claim terms:

- "A method of reducing triglycerides in a subject with mixed dyslipidemia on statin therapy" ('077 patent, preamble of claim 1); and

- "[A] period effective to reduce risk of cardiovascular death in the subject" ('861 patent, claim 1).

WHEREAS, on January 4, 2022, this Court entered a Memorandum Opinion (D.I. 97) and Order (D.I. 98) in which it: (i) granted Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC's ("Hikma") Motion to Dismiss and dismissed the First Amended Complaint as to Hikma and (ii) denied Defendant Health Net LLC's ("Health Net") Motion to Dismiss;

WHEREAS, in its Order (D.I. 98), the Court noted that Plaintiffs may file a motion in compliance with the Local Rules seeking leave to amend their complaint against Hikma (D.I. 98);

WHEREAS, to date, Plaintiffs have not sought leave to amend their complaint against Hikma;

WHEREAS, Plaintiffs and Health Net have reached an agreement regarding the remaining two claim terms in dispute and therefore believe the remaining claim construction briefing deadlines and *Markman* hearing can be canceled;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties and subject to the approval of the Court, that:

1. The following claim terms shall be given the following constructions:

| **Claim Term** | **Construction** |
| --- | --- |
| A 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitor ('537 patent, claims 1 and 90) | A statin |
| Ethyl icosapentate ('537 patent, claims 1 and 9; '861 patent, claim 1) | The term ethyl icosapentate includes all various naming conventions for the ethyl ester of eicosapentaenoic acid ("EPA"), including icosapent ethyl, ethyl eicosapentaenoate, eicosapentaenoic acid ethyl ester, ethyl-EPA, E-EPA, and EPA-E. |
| Ethyl eicosapentaenoate ('077 patent, claim 1) | The term ethyl eicosapentaenoate includes all various naming conventions for the ethyl ester of eicosapentaenoic acid ("EPA"), including icosapent ethyl, ethyl icosapentate eicosapentaenoic acid ethyl ester, ethyl-EPA, E-EPA, and EPA-E. |
| A method of reducing triglycerides in a subject with mixed dyslipidemia on statin therapy ('077 patent, preamble of claim 1) | Plain and ordinary meaning. Health Net may assert in its invalidity case at trial that such plain and ordinary meaning is indefinite. |
| [A] period effective to reduce risk of cardiovascular death in the subject ('861 patent, claim 1) | Plain and ordinary meaning. Health Net may assert in its invalidity case at trial that such plain and ordinary meaning is indefinite. |

2. The following preamble language is limiting:

- "A method of reducing triglycerides in a subject with mixed dyslipidemia on statin therapy" ('077 patent, claim 1);

3

- "A method of reducing occurrence of a cardiovascular event in a hypercholesterolemia patient consisting of" ('537 patent, claims 1 and 9); and

- "A method of reducing risk of cardiovascular death in a subject with established cardiovascular disease" ('861 patent, claim 1).

3. The remaining schedule for the exchange of claim construction briefs among the parties is hereby vacated as moot and the *Markman* hearing scheduled for March 30, 2022, at 1 p.m. is canceled.


FISH & RICHARDSON P.C.

By: /s/ *Jeremy D. Anderson*
    Jeremy D. Anderson (No. 4515)
    222 Delaware Ave, 17th Floor
    Wilmington, DE 19801
    302-652-5070
    janderson@fr.com

    Elizabeth M. Flanagan (No. 5891)
    Michael Kane
    Deanna J. Reichel
    FISH & RICHARDSON P.C.
    60 South Sixth Street, #3200
    Minneapolis, MN 55402
    (612) 335-5070
    Emails: eflanagan@fr.com,
    kane@fr.com
    reichel@fr.com

    Jonathan E. Singer
    FISH & RICHARDSON P.C.
    12860 El Camino Real, Suite 400
    San Diego, CA 92130
    (858) 678-5070
    singer@fr.com

*COUNSEL FOR PLAINTIFFS AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AND MOCHIDA PHARMACEUTICAL CO., LTD.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

By: /s/ *John C. Phillips, Jr.*
    John C. Phillips, Jr. (No. 110)
    David A. Bilson (No. 4986)
    1200 N. Broom St.
    Wilmington, DE 19806
    302-655-4200
    jcp@pmhdelaw.com
    dab@pmhdelaw.com

    Don J. Mizerk
    HUSCH BLACKWELL LLP
    120 South Riverside Plaza, Suite 2200
    Chicago, IL 60606
    (312) 655-1500

    Dustin L. Taylor
    HUSCH BLACKWELL LLP
    1801 Wewatta Street, Suite 1000
    Denver, CO 80202
    (303) 749-7200

*COUNSEL FOR DEFENDANT HEALTH NET, LLC*

**SO ORDERED**, this __17th__ day of February, 2022.

_____
Jennifer L. Hall
United States Magistrate Judge