IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC,<br><br>Defendants. | C.A. No. 20-1630-RGA-JLH |

### STIPULATION TO SEVER DEFENDANTS HIKMA PHARMACEUTICALS USA INC. AND HIKMA PHARMACEUTICALS PLC AND ENTER FINAL JUDGMENT

WHEREAS, Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Ltd. ("Amarin") and Mochida Pharmaceutical Co., Ltd. ("Mochida") (collectively, "Plaintiffs") filed their First Amended Complaint against Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC ("Hikma") and Health Net LLC ("Health Net") on January 25, 2021;

WHEREAS, Hikma filed its Motion to Dismiss the First Amended Complaint on January 27, 2021;

WHEREAS, Health Net filed its Motion to Dismiss the First Amended Complaint on March 18, 2021;

WHEREAS, this Court granted Hikma's Motion to Dismiss and denied Health Net's Motion to Dismiss on January 4, 2022; and,

1

WHEREAS, the parties jointly agree to sever Plaintiffs' claims against Hikma from the current case to permit entry of final judgment in Hikma's favor and permit Plaintiffs to appeal this Court's Order dismissing Plaintiffs' First Amended Complaint against Hikma.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to the approval of the Court, that Plaintiffs' claims against Hikma shall be severed from the current case.

Plaintiffs and Hikma respectfully request that, upon severance of Plaintiffs' claims against Hikma, the Court enter final judgment in the form attached to this stipulation to dismiss Plaintiffs' claims against Hikma with prejudice, with Plaintiffs and Hikma each bearing their own costs and fees.

The parties agree that this stipulation is without prejudice to any request/motion by Health Net to modify the scheduling order in light of the change in circumstances and/or the severance of all claims against Hikma from the case. Plaintiffs believe no modifications to the scheduling order are needed at this time.

Dated: February 25, 2022

| | |
|---|---|
| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| By: /s/ *Jeremy D. Anderson* | By: /s/ *John C. Phillips, Jr.* |
| Jeremy D. Anderson (No. 4515)<br>222 Delaware Ave, 17th Floor<br>Wilmington, DE 19801<br>302-652-5070<br>janderson@fr.com | John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| Elizabeth M. Flanagan (No. 5891)<br>Michael Kane<br>Deanna J. Reichel<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, #3200<br>Minneapolis, MN 55402<br>(612) 335-5070<br>Emails: eflanagan@fr.com,<br>kane@fr.com<br>reichel@fr.com | Don J. Mizerk<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>(312) 655-1500<br>Dustin L. Taylor<br>HUSCH BLACKWELL LLP<br>1801 Wewatta Street, Suite 1000<br>Denver, CO 80202<br>(303) 749-7200 |
| Jonathan E. Singer<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>(858) 678-5070<br>singer@fr.com | |
| *COUNSEL FOR PLAINTIFFS AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AND MOCHIDA PHARMACEUTICAL CO., LTD.* | *COUNSEL FOR DEFENDANT HEALTH NET, LLC* |

HEYMAN ENERIO GATTUSO & HIRZEL LLP

By: */s/ Dominick T. Gattuso*
    Dominick T. Gattuso (No. 3630)
    300 Delaware Avenue, Suite 200
    Wilmington, DE 19801
    302-472-7300
    dgattuso@hegh.law

    Charles B. Klein
    Claire A. Fundakowski
    WINSTON & STRAWN LLP
    1901 L Street, N.W.
    Washington, DC 20036
    202-282-5000

    Eimeric Reig-Plessis
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111
    415-591-6808

    Alison M. King
    WINSTON & STRAWN LLP
    35 W. Wacker Drive
    Chicago, IL 60601
    312-558-5600

    *COUNSEL FOR DEFENDANTS*
    *HIKMA PHARMACEUTICALS USA INC.*
    *AND HIKMA PHARMACEUTICALS PLC*

    **SO ORDERED**, this _____ day of February, 2022.

    _____
    United States District Court Judge