IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC. *et al.*, <br><br> Defendants. | C.A. No.  20-1630-RGA-JLH |

**[PROPOSED] FINAL JUDGMENT**

THIS MATTER having come before the Court on Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC's ("Hikma") Motion to Dismiss the First Amended Complaint of Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Ltd., and Mochida Pharmaceutical Co., Ltd. (collectively, "Plaintiffs") (D.I. 19), and the Court having reviewed and considered the parties' arguments and submissions, issued an Order granting Hikma's Motion on January 4, 2022 (D.I. 98).

Following the Order, upon the stipulation of all parties, the Court severed Plaintiffs' claims against Hikma to permit entry of final judgment for Hikma and against Plaintiffs.

Now, therefore, good cause having been shown,

IT IS on this _____ day of February, 2022,

**ORDERED** that final judgment is **ENTERED** in favor of Hikma and against Plaintiffs, Plaintiffs' claims against Hikma in this action are **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and fees.

_____
Honorable Richard G. Andrews
United States District Court Judge