

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

March 31, 2022

**Jeremy D. Anderson**
Principal
janderson@fr.com
302 778 8452 direct

*VIA CM/ECF*

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Room 3124, Unit 17
Wilmington, DE 19801-3555

    Re:    *Amarin Pharma, Inc., et al. v. Hikma Pharmaceuticals USA, Inc., et al.*
              C.A. 20-1630-RGA-JLH

Dear Judge Hall:

As required by Paragraph 14 of the Scheduling Order (Dkt. 50), the Parties hereby submit this joint letter regarding the case status to the Court. On February 17, 2021, the Court granted the Parties' Stipulation and Order Concerning Claim Construction (Dkt. 105), which obviated the need for further claim construction briefing or argument in this case.

On March 1, 2022, the Court denied the Joint Stipulation of Amarin and Hikma to sever the claims against Hikma and did not enter the proposed Final Judgment attached to that Joint Stipulation. (Dkt. 107.) In light of the Court's dismissal of all claims against Hikma from the case (Dkts. 97, 98), Amarin and Hikma both desire the entry of final judgment. Hikma wishes to fully and finally exit the pending district court proceedings now that the claims against it have been dismissed, and Amarin wishes to have the opportunity to appeal the Court's order granting Hikma's motion to dismiss.[1] Amarin and Hikma respectfully request a telephonic status conference to obtain the Court's guidance as to the preferred method for achieving those goals, such as, for example, whether the Court would be amenable to a joint motion for partial final judgment pursuant to Federal Rule of Civil Procedure 54(b).

Regarding discovery in this case, the parties have exchanged their initial infringement contentions and initial invalidity contentions. Document production is ongoing. In light of the dismissal of the claims against Hikma, Hikma is no longer involved in document production or

---

[1] Amarin no longer asserts U.S. Patent No. 8,642,077 against Hikma and seeks to appeal the Court's Order dismissing the claims against Hikma only as to U.S. Patent Nos. 9,700,537 and 10,568,861.

fr.com



The Honorable Jennifer L. Hall
March 31, 2022
Page 2

other discovery in this case.  The deadline for substantially complete document production is May 20, 2022.  (Dkt. 50, ¶ 8(b).)

Please do not hesitate to have Your Honor's staff contact us with any questions regarding the foregoing.


Dated:  March 31, 2022


| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: */s/ Jeremy D. Anderson* | By: */s/ David A. Bilson* |
| Jeremy D. Anderson (No. 4515)<br>222 Delaware Ave, 17th Floor<br>Wilmington, DE  19801<br>302-652-5070<br>janderson@fr.com | John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| Elizabeth M. Flanagan (No. 5891)<br>Michael Kane<br>Deanna J. Reichel<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, #3200<br>Minneapolis, MN 55402<br>(612) 335-5070<br>Emails:  eflanagan@fr.com,<br>kane@fr.com<br>reichel@fr.com | Don J. Mizerk<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>(312) 655-1500 |
| Jonathan E. Singer<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>(858) 678-5070<br>singer@fr.com | Dustin L. Taylor<br>HUSCH BLACKWELL LLP<br>1801 Wewatta Street, Suite 1000<br>Denver, CO 80202<br>(303) 749-7200 |
| *COUNSEL FOR PLAINTIFFS AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AND MOCHIDA PHARMACEUTICAL CO., LTD.* | *COUNSEL FOR DEFENDANT HEALTH NET, LLC* |



The Honorable Jennifer L. Hall
March 31, 2022
Page 3


HEYMAN ENERIO GATTUSO & HIRZEL LLP

By: */s/ Dominick T. Gattuso*
    Dominick T. Gattuso (No. 3630)
    300 Delaware Avenue, Suite 200
    Wilmington, DE 19801
    302-472-7300
    dgattuso@hegh.law

    Charles B. Klein
    Claire A. Fundakowski
    WINSTON & STRAWN LLP
    1901 L Street, N.W.
    Washington, DC 20036
    202-282-5000

    Eimeric Reig-Plessis
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111
    415-591-6808

    Alison M. King
    WINSTON & STRAWN LLP
    35 W. Wacker Drive
    Chicago, IL 60601
    312-558-5600

    *COUNSEL FOR DEFENDANTS*
    *HIKMA PHARMACEUTICALS USA INC.*
    *AND HIKMA PHARMACEUTICALS PLC*