IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC. HIKMA PHARMACEUTICALS PLC, AND HELATH NET, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     C.A. No. 20-1630-RGA-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2022, a copy of Health Net LLC's First Set of Requests for Production to Plaintiffs (Nos. 1-23) was caused to be served on the following as indicated below:

**VIA E-MAIL**

Jeremy Douglas Anderson
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
janderson@fr.com

Deanna J. Reichel
Elizabeth M. Flanagan
Michael J. Kane
Fish & Richardson PC
3200 South Sixth Street
Minneapolis, MN 55402
reichel@fr.com
eflanagan@fr.com
kane@fr.com

Jonathan E. Singer
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130

singer@fr.com

Date:   April 5, 2022                              PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*_____
JOHN C. PHILLIPS, JR. (#110)
DAVID A. BILSON (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendant Health Net, LLC*