IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS the Court issued a Scheduling Order on May 4, 2021 (D.I. 50);

WHEREAS the Court amended the Scheduling Order on May 13, 2022 (D.I. 112), ordering that document production shall be substantially completed on or before July 5, 2022;

WHEREAS the parties agree to extend the deadline for document production to be substantially complete on or before August 2, 2022;

WHEREAS the parties agree to extend other deadlines in the Scheduling Order to accommodate the extended deadline for document production to be substantially complete without altering the date of trial, currently set to begin on October 30, 2023;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties, and subject to the approval of the Court, that the Scheduling Order (D.I. 50) be amended as set forth below:

| Event | Original Date | Amended Date |
|---|---|---|
| Substantial Completion of Document Production | July 5, 2022 | August 2, 2022 |
| Final Infringement Contentions | July 15, 2022 | August 12, 2022 |
| Final Invalidity Contentions | August 5, 2022 | September 2, 2022 |
| Discovery Cutoff | August 18, 2022 | September 15, 2022 |
| Opening Expert Reports | September 19, 2022 | October 17, 2022 |
| Rebuttal Expert Reports | October 19, 2022 | November 16, 2022 |
| Reply Expert Reports | November 16, 2022 | December 14, 2022 |
| Completion of Expert Discovery | December 16, 2022 | January 27, 2023 |

Date: June 30, 2022

| | |
|---|---|
| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| By: /s/ Robert M. Oakes <br> Jeremy D. Anderson (No. 4515) <br> Robert M. Oakes (No. 5217) <br> 222 Delaware Ave, 17th Floor <br> Wilmington, DE 19801 <br> 302-652-5070 <br> janderson@fr.com; oakes@fr.com <br> Elizabeth M. Flanagan (No. 5891) <br> Michael Kane <br> Deanna J. Reichel <br> FISH & RICHARDSON P.C. <br> 60 South Sixth Street, #3200 <br> Minneapolis, MN 55402 <br> (612) 335-5070 <br> eflanagan@fr.com, kane@fr.com <br> reichel@fr.com <br> <br> Jonathan E. Singer <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> (858) 678-5070 <br> singer@fr.com | By: /s/ John C. Phillips, Jr. <br> John C. Phillips, Jr. (No. 110) <br> David A. Bilson (No. 4986) <br> 1200 N. Broom St. <br> Wilmington, DE 19806 <br> 302-655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br> <br> Don J. Mizerk <br> HUSCH BLACKWELL LLP <br> 120 South Riverside Plaza, Suite 2200 <br> Chicago, IL 60606 <br> (312) 655-1500 <br> <br> Dustin L. Taylor <br> HUSCH BLACKWELL LLP <br> 1801 Wewatta Street, Suite 1000 <br> Denver, CO 80202 <br> (303) 749-7200 |
| *COUNSEL FOR PLAINTIFFS AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AND MOCHIDA PHARMACEUTICAL CO., LTD.* | *COUNSEL FOR DEFENDANT HEALTH NET, LLC* |

**SO ORDERED**, this _____ day of _____, 2022

_____
United States District Court Judge