# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., *et al.*, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendant Health Net LLC ("Health Net") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matter:

- Whether Plaintiffs' supplemental identification of accused products should be stricken.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on June 23, 2022:

<u>Delaware Counsel</u>: Robert Oakes (Plaintiffs) / John C. Phillips, Jr. (Health Net)

<u>Lead Counsel</u>: Robert Oakes (Plaintiffs) / Dustin Taylor (Health Net)

The parties are available for a teleconference on the following dates:

August 19, 2022
August 29, 2022
September 7, 2022

| | |
|---|---|
| Dated: August 10, 2022 | PHILLIPS, MCLAUGHLIN & HALL, P.A.<br><br>*/s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>Phillips, McLaughlin & Hall, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br><br>*Attorneys for Defendant Health Net LLC* |