IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS the Court issued a Scheduling Order on May 4, 2021 (D.I. 50);

WHEREAS the Court amended the Scheduling Order on August 11, 2022 (D.I. 136), ordering that document production shall be substantially completed on or before August 24, 2022 and that certain other deadlines be extended;

WHEREAS the parties agree to extend the deadline for document production to be substantially complete on or before September 21, 2022;

WHEREAS the parties agree to extend other deadlines in the Scheduling Order to accommodate the extended deadline for document production to be substantially complete without altering the date of trial, currently set to begin on October 30, 2023;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties, and subject to the approval of the Court, that the Scheduling Order (D.I. 50) be amended as set forth below:

| Event | Current Amended Date | New Amended Date |
|---|---|---|
| Substantial Completion of Document Production | August 24, 2022 | September 21, 2022 |
| Final Infringement Contentions | September 2, 2022 | September 30, 2022 |
| Final Invalidity Contentions | September 16, 2022 | October 14, 2022 |
| Discovery Cutoff | September 29, 2022 | October 27, 2022 |
| Opening Expert Reports | October 31, 2022 | November 30, 2022 |
| Rebuttal Expert Reports | November 30, 2022 | December 30, 2022 |
| Reply Expert Reports | December 28, 2022 | January 25, 2022 |
| Completion of Expert Discovery | February 10, 2023 | March 10, 2023 |

All other deadlines set forth in the Scheduling Order shall remain unchanged.

Date:  August 18, 2022

| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| By:  */s/ Robert M. Oakes*<br>    Jeremy D. Anderson (No. 4515)<br>    Robert M. Oakes (No. 5217)<br>    222 Delaware Ave, 17th Floor<br>    Wilmington, DE  19801<br>    302-652-5070<br>    janderson@fr.com; oakes@fr.com<br>    Elizabeth M. Flanagan (No. 5891)<br>    Michael Kane<br>    Deanna J. Reichel<br>    FISH & RICHARDSON P.C.<br>    60 South Sixth Street, #3200<br>    Minneapolis, MN 55402<br>    (612) 335-5070<br>    eflanagan@fr.com, kane@fr.com<br>    reichel@fr.com<br><br>    Jonathan E. Singer<br>    FISH & RICHARDSON P.C.<br>    12860 El Camino Real, Suite 400<br>    San Diego, CA 92130<br>    (858) 678-5070<br>    singer@fr.com | By:  */s/ John C. Phillips, Jr.*<br>    John C. Phillips, Jr. (No. 110)<br>    David A. Bilson (No. 4986)<br>    1200 N. Broom St.<br>    Wilmington, DE 19806<br>    302-655-4200<br>    jcp@pmhdelaw.com<br>    dab@pmhdelaw.com<br><br>    Don J. Mizerk<br>    HUSCH BLACKWELL LLP<br>    120 South Riverside Plaza, Suite 2200<br>    Chicago, IL 60606<br>    (312) 655-1500<br><br>    Dustin L. Taylor<br>    HUSCH BLACKWELL LLP<br>    1801 Wewatta Street, Suite 1000<br>    Denver, CO 80202<br>    (303) 749-7200 |
| *COUNSEL FOR PLAINTIFFS AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AND MOCHIDA PHARMACEUTICAL CO., LTD.* | *COUNSEL FOR DEFENDANT HEALTH NET, LLC* |

**SO ORDERED**, this _____ day of _____, 2022

_____
United States District Court Judge