IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No.  20-1630-RGA-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 9, 2022, a true and correct copy of Plaintiffs' First Supplemental Objections and Responses to Defendant's First Set of Common Interrogatories (Nos. 4-5) was caused to be served on the following counsel by electronic mail:

John C. Phillips, Jr.
David A. Bilson
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
dab@pmhdelaw.com

Don J. Mizerk
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
don.mizerk@huschblackwell.com

Dustin L. Taylor
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
dustin.taylor@huschblackwell.com

Dated: September 13, 2022

FISH & RICHARDSON P.C.

By: */s/ Robert M. Oakes*
    Elizabeth M. Flanagan (No. 5891)
    Michael J. Kane
    Deanna J. Reichel
    60 South Sixth Street, Suite 3200
    Minneapolis, MN 55402
    Tel: (612) 335-5070
    betsy.flanagan@fr.com; kane@fr.com;
    reichel@fr.com

    Jeremy D. Anderson (No. 4515)
    Robert M. Oakes (No. 5217)
    FISH & RICHARDSON P.C.
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899
    Tel: (302) 652-5070
    janderson@fr.com; oakes@fr.com

    Jonathan E. Singer
    FISH & RICHARDSON P.C.
    12860 El Camino Real, Suite 400
    San Diego, CA 92130
    Tel: (858) 678-5070
    singer@fr.com

*Attorneys for Plaintiffs*
*Amarin Pharma, Inc.; Amarin Pharmaceuticals Ireland Limited, Mochida Pharmaceutical Co., Ltd.*