## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS the Court issued a Scheduling Order on May 4, 2021 (D.I. 50);

WHEREAS the Court amended the Scheduling Order on September 30, 2022, ordering that document production shall be substantially completed on or before October 12, 2022 and that certain other deadlines be extended;

WHEREAS the parties agree to extend the deadline for document production to be substantially complete on or before November 2, 2022;

WHEREAS the parties agree to extend other deadlines in the Scheduling Order to accommodate the extended deadline for document production to be substantially complete without altering the date of trial, currently set to begin on October 30, 2023;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties, and subject to the approval of the Court, that the Scheduling Order (D.I. 50) be amended as set forth below so that the parties can continue settlement discussions:

| Event | Current Amended Date | New Amended Date |
|---|---|---|
| Substantial Completion of Document Production | October 12, 2022 | November 2, 2022 |
| Final Infringement Contentions | October 21, 2022 | November 11, 2022 |
| Final Invalidity Contentions | November 4, 2022 | November 31, 2022 |
| Discovery Cutoff | November 17, 2022 | December 8, 2022 |
| Opening Expert Reports | December 21, 2022 | January 11, 2022 |
| Rebuttal Expert Reports | January 20, 2023 | February 10, 2023 |
| Reply Expert Reports | February 15, 2023 | March 8, 2023 |
| Completion of Expert Discovery | March 31, 2023 | April 21, 2023 |

Date: October 21, 2022

| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: */s/ Robert M. Oakes*<br>   Jeremy D. Anderson (No. 4515)<br>   Robert M. Oakes (No. 5217)<br>   222 Delaware Ave, 17th Floor<br>   Wilmington, DE 19801<br>   302-652-5070<br>   janderson@fr.com; oakes@fr.com<br>   Elizabeth M. Flanagan (No. 5891)<br>   Michael Kane<br>   Deanna J. Reichel<br>   FISH & RICHARDSON P.C.<br>   60 South Sixth Street, #3200<br>   Minneapolis, MN 55402<br>   (612) 335-5070<br>   eflanagan@fr.com, kane@fr.com<br>   reichel@fr.com<br><br>   Jonathan E. Singer<br>   FISH & RICHARDSON P.C.<br>   12860 El Camino Real, Suite 400<br>   San Diego, CA 92130<br>   (858) 678-5070<br>   singer@fr.com<br><br>*COUNSEL FOR PLAINTIFFS AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AND MOCHIDA PHARMACEUTICAL CO., LTD.* | By: */s/ John C. Phillips, Jr.*<br>   John C. Phillips, Jr. (No. 110)<br>   David A. Bilson (No. 4986)<br>   1200 N. Broom St.<br>   Wilmington, DE 19806<br>   302-655-4200<br>   jcp@pmhdelaw.com<br>   dab@pmhdelaw.com<br><br>   Don J. Mizerk<br>   HUSCH BLACKWELL LLP<br>   120 South Riverside Plaza, Suite 2200<br>   Chicago, IL 60606<br>   (312) 655-1500<br><br>   Dustin L. Taylor<br>   HUSCH BLACKWELL LLP<br>   1801 Wewatta Street, Suite 1000<br>   Denver, CO 80202<br>   (303) 749-7200<br><br>*COUNSEL FOR DEFENDANT HEALTH NET, LLC* |

**SO ORDERED**, this _____ day of _____, 2022

                                                _____
                                                United States District Court Judge