IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

**STIPULATION AND [PROPOSED] ORDER TO STAY**

WHEREAS, Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co. Ltd. (collectively, "Plaintiffs") and Defendant Health Net LLC ("Health Net" or "Defendant") have reached a settlement in principle;

WHEREAS, Plaintiffs and Health Net require additional time to finalize documentation memorializing their settlement in principle;

WHEREAS, Plaintiffs and Health Net wish to stay this case so that they may focus their efforts on completing the settlement documentation while conserving the resources of the Court and the parties;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Health Net, subject to the approval of the Court, that all deadlines in this case (including but not limited to those deadlines identified in the most recent Orders amending the Scheduling Order, D.I. 143, 145) are STAYED for thirty (30) days from the Court's entry of this Stipulation and Order, and within twenty-five (25) days from the Court's entry of this Stipulation and Order

1

Plaintiffs and Health Net shall file either the appropriate dismissal documents or a joint status report addressing what further action may be needed, including possibly extending the stay.

Date: November 15, 2022

| | |
|---|---|
| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| By: _/s/ Robert M. Oakes_<br>Jeremy D. Anderson (No. 4515)<br>Robert M. Oakes (No. 5217)<br>222 Delaware Ave, 17th Floor<br>Wilmington, DE 19801<br>302-652-5070<br>janderson@fr.com<br>oakes@fr.com | By: _/s/ John C. Phillips, Jr._<br>John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Counsel for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.* | *Counsel for Defendant Health Net, LLC* |

SO ORDERED, this ____17th_____ day of _____November_____, 2022

_____
Hon. Jennifer L. Hall
United States Magistrate Judge