IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-JLH |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY

WHEREAS, Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co. Ltd. (collectively, "Plaintiffs") and Defendant Health Net, LLC ("Health Net" or "Defendant") previously informed the Court that they have reached a settlement in principle (D.I. 147);

WHEREAS, the Court previously issued an order to stay all deadlines in this case for 30 days, until December 16, 2022, (D.I. 148) to allow Plaintiffs and Health Net to focus on finalizing documentation on their agreement;

WHEREAS, Plaintiffs and Health Net require additional time to finalize that documentation and obtain all necessary signatures;

WHEREAS, Plaintiffs and Health Net wish to further stay this case so that they may focus their efforts on completing the settlement documentation while conserving the resources of the Court and the parties;

1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Health Net, subject to the approval of the Court, that all deadlines in this case (including but not limited to those deadlines identified in the most recent Orders amending the Scheduling Order, D.I. 143, 145) are STAYED for an additional seventeen (17) days from the Court's entry of this Stipulation and Order, until January 3, 2023.  By that time, Plaintiffs and Health Net shall file either the appropriate dismissal documents or a further joint status report addressing what further action may be needed, including a possible additional extension of the stay.

Date:  December 12, 2022

| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: */s/ Robert M. Oakes* <br> Jeremy D. Anderson (No. 4515) <br> Robert M. Oakes (No. 5217) <br> 222 Delaware Ave, 17th Floor <br> Wilmington, DE  19801 <br> 302-652-5070 <br> janderson@fr.com <br> oakes@fr.com <br><br> *Counsel for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.* | By:  */s/ David A. Bilson* <br> John C. Phillips, Jr. (No. 110) <br> David A. Bilson (No. 4986) <br> 1200 N. Broom St. <br> Wilmington, DE 19806 <br> 302-655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br><br> *Counsel for Defendant Health Net, LLC* |

SO ORDERED, this _____ day of _____, 2022

_____
United States District Court Judge