IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, AND HEALTH NET, LCC,<br><br>Defendants. | C.A. No. 20-1630-RGA |

**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin"), and Mochida Pharmaceutical Co., Ltd. ("Mochida"), and Defendant Health Net, LLC ("Health Net"), have entered into a Settlement Agreement resolving this suit as between these parties and now, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions, and petitions asserted between Amarin, Mochida, and Health Net in this suit are dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. This Court retains exclusive jurisdiction over the parties for purposes of enforcing this Stipulation and Order and any dispute between the parties relating to the Settlement Agreement; and

1

4. This Stipulation and Order shall finally resolve this suit between Amarin, Mochida, and Health Net. For purposes of clarity, this Stipulation and Order has no impact on any claims between Plaintiffs Amarin and Mochida, and Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC, as to which the Court already issued a Final Judgment under Fed. R. Civ. P. 54(b) (D.I. 144).

Date: January 3, 2023

| FISH & RICHARDSON P.C. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: /s/ Robert M. Oakes<br>Jeremy D. Anderson (No. 4515)<br>Robert M. Oakes (No. 5217)<br>222 Delaware Ave, 17th Floor<br>Wilmington, DE 19801<br>302-652-5070<br>janderson@fr.com<br>oakes@fr.com<br><br>*Counsel for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.* | By: /s/ David A. Bilson<br>John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br><br>*Counsel for Defendant Health Net, LLC* |

**IT IS SO ORDERED** this _____ day of _____ 2023.

_____
The Honorable Richard G. Andrews
United States District Court Judge