IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., | : : : : : | |
| Plaintiffs, | : | |
| v. | : : | C.A. No. 20-1630-RGA |
| HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, | : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 27, 2024, Hikma's Objections and Responses to Plaintiffs' First Set of Requests for Production to Hikma (Nos. 14-33) was served on the following counsel by electronic mail:

CO COUNSEL:

Kourtney Mueller Merrill
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
kmerrill@perkinscoie.com

Lara J. Dueppen
PERKINS COIE LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
ldueppen@perkinscoie.com

Maria A. Stubbings
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, DC 20005
mstubbings@perkinscoie.com

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com

`Case 1:20-cv-01630-RGA-SRF   Document 176   Filed 12/30/24   Page 2 of 2 PageID #: 2235`

|  |  |
|---|---|
| | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| OF COUNSEL: | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| Charles B. Klein<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000 | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |
| Eimeric Reig-Plessis<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-6808 | |
| Alison M. King<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 | |

Dated: December 30, 2024