# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and MOCHIDA PHARMACEUTICAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 10, 2025, a true and correct copy of Plaintiffs' Supplemental Initial Infringement Contentions and Claim Charts was caused to be serve on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Dominick T. Gattuso
Heyman Enerio Gattuso & Hirzel LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Eimeric Reig-Plessis
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

**BY ELECTRONIC MAIL**
Charles B. Klein
Claire A. Fundakowski
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

**BY ELECTRONIC MAIL**
Alison M. King
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

OF COUNSEL:

Kourtney Mueller Merrill
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202
303.291.2300
KMerrill@perkinscoie.com

Lara J. Dueppen
Perkins Coie LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
310.788.9900
LDueppen@perkinscoie.com

Maria A. Stubbings
Perkins Coie LLP
700 13th Street, NW, Suite 800
Washington, DC 20005
202.654.6200
MStubbings@perkinscoie.com

Dated: January 14, 2025

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.*