IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and MOCHIDA PHARMACEUTICAL CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS PLC,<br><br>Defendants. | C.A. No. 20-1630-RGA-SRF |

## UPDATED JOINT CLAIM CONSTRUCTION CHART AND STIPULATION

Pursuant to Paragraph 8 of the Scheduling Order (D.I. 167), Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited (together, "Amarin"), and Mochida Pharmaceutical Co., Ltd. (collectively, "Plaintiffs") and Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC (collectively, "Hikma" or "Defendants") hereby submit this Updated Joint Claim Construction Chart and Stipulation identifying for the Court the claim terms of U.S. Patent No. 10,568,861 ("the '861 patent") and U.S. Patent No. 9,700,537 ("the '537 patent") for which the parties have agreed to a construction.

| Claim Term | Joint Proposed Construction |
|---|---|
| A 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitor<br><br>('537 patent, claims 1 and 9) | A statin |

| Claim Term | Joint Proposed Construction |
|---|---|
| Ethyl icosapentate ('537 patent, claims 1 and 9, '861 patent, claim 1) | The term ethyl icosapentate includes all various naming conventions for the ethyl ester of eicosapentaenoic acid ("EPA"), including icosapent ethyl, ethyl eicosapentaenoate, eicosapentaenoic acid ethyl ester, ethyl-EPA E-EPA, EPA-E, EPA-EE, and EE-EPA. |

The parties have further agreed that the following preamble language is limiting:

- "A method of reducing occurrence of a cardiovascular event in a hypercholesterolemia patient consisting of" ('537 patent, claims 1 and 9); and

- "A method of reducing risk of cardiovascular death in a subject with established cardiovascular disease" ('861 patent, claim 1).

The parties agree that no further terms require construction at this time, but Defendants reserve the right to assert indefiniteness at summary judgment and/or at trial, as set forth in their invalidity contentions, including as to the following terms:

- "a period effective to reduce risk of cardiovascular death in the subject" ('861 patent, claim 1);

- "reducing risk of cardiovascular death" ('861 patent, claim 1);

- "established cardiovascular disease" ('861 patent, claim 1); and

- "reducing occurrence of a cardiovascular event in a hypercholesterolemia patient" ('537 patent, claims 1, 9).

Plaintiffs disagree that any of the listed terms are indefinite but agree that no claim construction is necessary.

Given that the parties have no current claim construction disputes, the parties ask that the Court remove all dates for claim construction from the Scheduling Order (D.I. 167).

| | |
|---|---|
| OF COUNSEL:<br><br>Kourtney Mueller Merrill<br>Perkins Coie LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, CO 80202-5255<br>303.291.2300<br>KMerrill@perkinscoie.com<br><br>Lara J. Dueppen<br>Perkins Coie LLP<br>633 W. 5th Street, Suite 5850<br>Los Angeles, CA 90071-1539<br>310.788.9900<br>LDueppen@perkinscoie.com<br><br>Maria A. Stubbings<br>Perkins Coie LLP<br>700 13th Street, NW, Suite 800<br>Washington, DC 20005-3960<br>202.654.6200<br>MStubbings@perkinscoie.com | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br><br>*Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.* |
| OF COUNSEL:<br><br>Charles B. Klein<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000<br><br>Eimeric Reig-Plessis<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-6808<br><br>Alison M. King<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (#3630)<br>Heyman Enerio Gattuso & Hirzel LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals PLC, and Health Net, LLC* |