IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., : : : : : Plaintiffs, : v. : : HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, : : : : Defendants. : | C.A. No. 20-1630-RGA-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 1, 2025, a copy of Hikma's Second Supplemental Delaware Discovery Standard Paragraph 3 Disclosures was served on the following counsel by electronic mail:

CO COUNSEL:

Kourtney Mueller Merrill
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
kmerrill@perkinscoie.com

Lara J. Dueppen
PERKINS COIE LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
ldueppen@perkinscoie.com

Maria A. Stubbings
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, DC 20005
mstubbings@perkinscoie.com

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com

|  |  |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| Charles B. Klein<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000 | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| Eimeric Reig-Plessis<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-6808 | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |

Alison M. King
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Dated: April 1, 2025