## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and MOCHIDA PHARMACEUTICAL CO. LTD., | ) ) ) ) | C.A. No. 20-1630-RGA-SRF |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS PLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 5, 2025, a true and correct copy of Plaintiffs'

Second Supplemental Initial Disclosures were caused to be served on the following counsel of

record as indicated:

**BY ELECTRONIC MAIL**
Dominick T. Gattuso
Heyman Enerio Gattuso & Hirzel LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Eimeric Reig-Plessis
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

**BY ELECTRONIC MAIL**
Charles B. Klein
Claire A. Fundakowski
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

**BY ELECTRONIC MAIL**
Alison M. King
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

OF COUNSEL:

Kourtney Mueller Merrill
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801

Michael K. Heins
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorneys for Plaintiffs Amarin Pharma, Inc.,*
*Amarin Pharmaceuticals Ireland Limited,*
*and Mochida Pharmaceutical Co., Ltd.*

Dated:  September 5, 2025