# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., and HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-SRF |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, Mochida Pharmaceutical Co., Ltd. (collectively, "Amarin") and Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC (collectively, "Hikma") (collectively with Amarin, the "Parties") agree to stipulate extending certain deadlines in this case.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the deadlines in the Scheduling Order (D.I. 167) are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' final infringement contentions due | 10/10/2025 | 10/31/2025 |
| Defendants' final invalidity contentions due | 11/7/2025 | 12/1/2025 |
| Close of fact discovery | 11/21/2025 | 12/12/2025 |
| Opening expert reports due | 12/19/2025 | 1/9/2026 |
| Rebuttal expert reports due | 1/23/2026 | 2/13/2026 |
| Reply expert reports due | 2/20/2026 | 3/13/2026 |
| Close of expert discovery | 3/20/2026 | 4/3/2026 |

RLF1 33999979v.1

In an effort to avoid burdening the Court with a premature dispute, Amarin has agreed to stipulate to Hikma's offered three-week extension of certain deadlines. Amarin reserves all rights to seek a further extension as to the stipulated deadlines above.

| | |
|---|---|
| /s/ Kelly E. Farnan | /s/ Dominick T. Gattuso |
| Kelly E. Farnan (#4395) | Dominick T. Gattuso (#3630) |
| Richards, Layton & Finger | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| One Rodney Square | 222 Delaware Avenue, Suite 900 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 472-7300 |
| (302) 651-7705 | dgattuso@hegh.law |
| farnan@rlf.com | |
| *Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, Mochida Pharmaceutical Co., Ltd.* | *Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |

SO ORDERED this _____ day of October 2025.

_____
UNITED STATES DISTRICT JUDGE