# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and MOCHIDA PHARMACEUTICAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 6, 2025, a true and correct copy of Plaintiffs Amarin Pharma Inc., Amarin Pharmaceuticals Ireland Limited and Mochida Pharmaceutical Co. LTD's Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Dominick T. Gattuso
Heyman Enerio Gattuso & Hirzel LLP
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Eimeric Reig-Plessis
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

**BY ELECTRONIC MAIL**
Charles B. Klein
Claire A. Fundakowski
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

**BY ELECTRONIC MAIL**
Alison M. King
Kevin J. Boyle
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

| | |
|---|---|
| OF COUNSEL:<br><br>Kourtney Mueller Merrill<br>Sheppard, Mullin, Richter & Hampton LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006-6801<br><br>Michael K. Heins<br>Sheppard, Mullin, Richter & Hampton LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br><br>*Attorneys for Plaintiffs Amarin Pharma, Inc.,*<br>*Amarin Pharmaceuticals Ireland Limited,*<br>*and Mochida Pharmaceutical Co., Ltd.* |

Dated: November 6, 2025