IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., | : : : : : |
| Plaintiffs, | : |
| v. | :   C.A. No. 20-1630-RGA-SRF |
| | : |
| HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, | : : : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 12, 2025, copies of (i) Hikma's Second Set of Request for Admission to Plaintiffs (Nos. 24-35), and (ii) Hikma's Fifth Set of Interrogatories to Plaintiffs (Nos. 17-21) were served on the following counsel by electronic mail:

CO COUNSEL:

Kourtney Mueller Merrill
SHEPPARD MULLIN
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC  20006-6801
kmerrill@sheppardmullin.com

Michael K. Heins
SHEPPARD MULLIN
12275 El Camino Real
Suite 100
San Diego, CA  92130
mheins@sheppardmullin.com

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com

|  |  |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| Charles B. Klein<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000 | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| Eimeric Reig-Plessis<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-6808 | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |
| Alison M. King<br>Kevin J. Boyle<br>WINSTON & STRAWN LLP<br>300 N. LaSalle Drive, Suite 4400<br>Chicago, IL 60654<br>(312) 558-5600 | |

Dated: November 12, 2025