IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., :<br><br>Plaintiffs,<br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC,<br><br>Defendants. | C.A. No. 20-1630-RGA-SRF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves the admission *pro hac vice* of Ivan Poullaos of Winston & Strawn LLP to represent Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC in the above-referenced case. I further certify that the total annual fee of $50.00 will be paid to the Clerk's office contemporaneously with the filing of this motion.

| | |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| Charles B. Klein<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000 | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| Eimeric Reig-Plessis<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-6808 | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |
| Ivan Poullaos<br>Alison M. King<br>Kevin J. Boyle<br>WINSTON & STRAWN LLP<br>300 N. LaSalle Dr., Suite 4400<br>Chicago, Illinois 60654<br>(312) 558-5600 | |

Dated: November 14, 2025

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Ivan Poullaos of Winston & Strawn LLP to represent Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC is GRANTED.

DATED this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $50.00 will be paid to the Clerk's Office contemporaneously with the filing of this motion.

/s/ Ivan Poullaos
Ivan Poullaos
WINSTON & STRAWN LLP
300 N. LaSalle Dr., Suite 440
Chicago, IL 60654
312-558-5600
ipoullao@winston.com

Dated: November 14, 2025