IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 20-1630-RGA-SRF <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 17, 2025, a copy of Hikma's Objections and Responses to Plaintiffs' Notice of Rule 30(b)(6) Deposition was served on the following counsel by electronic mail:

CO COUNSEL:

Kourtney Mueller Merrill
SHEPPARD MULLIN
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC  20006-6801
kmerrill@sheppardmullin.com

Michael K. Heins
SHEPPARD MULLIN
12275 El Camino Real
Suite 100
San Diego, CA  92130
mheins@sheppardmullin.com

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com

|  |  |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| Charles B. Klein<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000 | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| Eimeric Reig-Plessis<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-6808 | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |

Alison M. King
Kevin J. Boyle
WINSTON & STRAWN LLP
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
(312) 558-5600

Dated: November 18, 2025