# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., and HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | C.A. No. 20-1630-RGA-SRF |

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF KEVIN VORDERSTRASSE PURSUANT TO FED. R. CIV. P. 30(B)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and applicable Local Rules, Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd., by and through their counsel, will take the deposition upon oral examination of Kevin Vorderstrasse, Senior Director of Marketing and Pipeline Management of Hikma Pharmaceuticals.

The deposition will take place at the Courtyard by Marriott, 4341 Veterans Memorial Pkwy, St. Peters, MO 63376, commencing on December 12, 2025, at 9:00 AM Central Time, or at such other date, time, and location, or via remote videoconference, as may be agreed upon by counsel.

The deposition will be conducted before an officer duly authorized to administer oaths and will be recorded by means including, but not limited to, sound, video, and/or stenographic methods. The deposition shall continue from day to day (excluding Saturdays, Sundays, and holidays) until completed, as permitted under Fed. R. Civ. P. 30(d).

-2-

Defendants are requested to produce the witness at the stated time and place and are invited to attend and participate as provided by the Federal Rules of Civil Procedure and applicable Local Rules.

December 5, 2025

OF COUNSEL

Kourtney Mueller Merrill (Pro Hac Vice)
Timothy P. Cremen (Pro Hac Vice)
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, DC 20006-6801
(202) 747-1900
kmerrill@sheppardmullin.com
tcremen@sheppardmullin.com

Michael Heins (Pro Hac Vice)
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
(858) 720.7413
mheins@sheppardmullin.com

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7705
farnan@rlf.com

*Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Dominick T. Gattuso
Heyman Enerio Gattuso & Hirzel LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Charles B. Klein
Claire A. Fundakowski
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036

**BY ELECTRONIC MAIL**
Eimeric Reig-Plessis
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111

**BY ELECTRONIC MAIL**
Alison M. King
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)