**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., | |
| Plaintiffs, | C.A. No.: 20-1630-RGA-SRF |
| v. | |
| HIKMA PHARMACEUTICALS USA INC., and HIKMA PHARMACEUTICALS PLC, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF**
**STEVEN SIMONE PURSUANT TO FED. R. CIV. P. 30(B)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and applicable Local Rules, Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd., by and through their counsel, will take the deposition upon oral examination of Hikma Pharmaceuticals USA Inc. employee Steven Simone.

The deposition will take place at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, commencing on January 13, 2026, at 9:00 AM Eastern Time, or at such other date, time, and location, or via remote videoconference, as may be agreed upon by counsel.

The deposition will be conducted before an officer duly authorized to administer oaths and will be recorded by means including, but not limited to, sound, video, and/or stenographic methods. The deposition shall continue from day to day (excluding Saturdays, Sundays, and holidays) until completed, as permitted under Fed. R. Civ. P. 30(d).

Defendants are requested to produce the witness at the stated time and place and are invited to attend and participate as provided by the Federal Rules of Civil Procedure and applicable Local Rules.

/s/ Kelly E. Farnan

OF COUNSEL

Kourtney Mueller Merrill
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, DC 20006-6801
(312) 499.6318
kmerrill@sheppardmullin.com

Michael Heins
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
(858) 720.7413
mheins@sheppardmullin.com

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.*

Dated:  December 12, 2025