IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMARCEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1630-RGA-SRF |

**[PROPOSED] ORDER**

This matter coming before the Court on the Parties' Joint Motion for Teleconference to Resolve Discovery Disputes (D.I. 271):

Having considered the submissions and arguments of the Parties, Defendants' requests are GRANTED and it is HEREBY ORDERED that:

1. A protective order is hereby entered barring the depositions of Kali Long and Steven Simone; and

2. Plaintiffs are hereby precluded from calling at trial any witness whom Plaintiffs did not make available for deposition at least 30 days before the first day of trial.

SO ORDERED this ___ day of _____, 2026.

 

_____
United States Magistrate Judge