**RICHARDS LAYTON & FINGER**

Kelly E. Farnan
302-651-7705
farnan@rlf.com

December 31, 2025

Magistrate Judge Sherry R. Fallon
District of Delaware
844 North King Street, Room Unit 14, Room 6100
Wilmington, Delaware 19801-3555

      Re:   *Amarin Pharma, Inc. et al v. Hikma Pharmaceuticals USA Inc. et al*
            C.A. No. 20-1630-RGA-SRF

Dear Judge Fallon:

     I write to provide a brief update as to matters that have been developing as briefing on the pending disputes was ongoing. At 8:52 pm Eastern on December 29, 2025 (after the filing of Plaintiffs' Letter (D.I. 278)), Hikma's counsel advised that they would present Ms. Koukoutsis for deposition on January 23, 2026. Ex. EE. As explained in Plaintiffs' Letter, Plaintiffs have sought Ms. Koukoutsis' availability for deposition since at least October 21, 2025. D.I. 278 at 3. Plaintiffs respectfully submit that this first proposed date for her deposition further supports the requested extension of fact discovery consistent with the deadlines proposed in Plaintiffs' Proposed Order.

     We appreciate the Court's consideration of this update and remain available if Your Honor has any questions.

                                         Respectfully,

                                         */s/ Kelly E. Farnan*

                                         Kelly E. Farnan

cc: Counsel of Record (by CM/ECF and E-email)