

222 Delaware Avenue • Suite 900 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • www.hegh.law

DD: (302) 472-7311
Email:  dgattuso@hegh.law

January 16, 2026

**VIA CM-ECF**
The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

RE: *Amarin Pharma, Inc. et al v. Hikma Pharmaceuticals USA Inc., et al.*,
C.A. No. 20-1630-RGA-SRF

Dear Judge Andrews:

I write on behalf of Defendants in the above-referenced action to inform the Court that, earlier today, the United States Supreme Court granted Defendants' petition for a writ of certiorari. The Supreme Court's order is attached hereto.

The Supreme Court will decide whether this Court correctly dismissed this case with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Once Defendants have had an opportunity to meet and confer with Plaintiffs' counsel, Defendants intend to move next week to stay these proceedings pending the Supreme Court's review.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/mas
Enclosure

cc: All Counsel of Record (via electronic mail)

(ORDER LIST: 607 U.S.)

FRIDAY, JANUARY 16, 2026

CERTIORARI GRANTED

24-889  HIKMA PHARMACEUTICALS, ET AL. V. AMARIN PHARMA, INC., ET AL.

    The petition for a writ of certiorari is granted.

24-1068  MONSANTO CO. V. DURNELL, JOHN L.

    The petition for a writ of certiorari is granted limited to the following Question: Whether the Federal Insecticide, Fungicide, and Rodenticide Act preempts a label-based failure-to-warn claim where EPA has not required the warning.

25-112  CHATRIE, OKELLO T. V. UNITED STATES

    The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

25-498  ANDERSON, WINSTON, ET AL. V. INTEL CORP. INV., ET AL.

    The petition for a writ of certiorari is granted.