# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and MOCHIDA PHARMACEUTICAL CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS PLC,<br><br>Defendants. | C.A. No. 20-1630-RGA-SRF |

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

WHEREAS, on January 16, 2026, the United States Supreme Court granted the petition for a writ of certiorari filed in this case by Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC's ("Hikma" or "Defendants") (*see Hikma Pharmaceuticals USA Inc. v. Amarin Pharma, Inc.*, No. 24-889 (U.S.));

WHEREAS, Hikma's appeal before the United States Supreme Court concerns questions relevant to Hikma's motion to dismiss the operative complaint in this action (D.I. 17);[1]

WHEREAS, Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd. (collectively, "Plaintiffs") are set to conduct Court-ordered depositions of former and current Hikma employees, the parties are set to exchange additional document productions, and Plaintiffs have sought to confer on several open discovery

---

[1] In the event the Supreme Court finds any deficiencies in the operative pleadings, Plaintiffs intend to request leave to amend the complaint. Hikma disagrees and intends to request that the operative complaint be dismissed with prejudice. However, the parties *agree* that certiorari implicates substantive issues in this action and that a stay will simplify the issues for trial. *See Hologic, Inc. et al. v. Minerva Surgical, Inc.*, C.A. No. 20-925-JFB-SRF (D. Del. Apr. 6, 2021).

disputes regarding Hikma's corporate designees, Hikma's document productions, and Hikma's production of additional employee witnesses;

WHEREAS, Plaintiffs intend to pursue the remaining Court-ordered document productions and depositions and additional disputed discovery issues when the stay is lifted, and Hikma has agreed that Plaintiffs do not waive those by not opposing the stay; and,

WHEREAS, Hikma has requested to stay the litigation pending certiorari, and Plaintiffs do not oppose the requested relief.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to approval of the Court, that all proceedings in this case are STAYED pending the conclusion of Hikma's appeal before the United States Supreme Court, and the current scheduling order in this action is VACATED; and

IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the parties, and subject to approval of the Court, that the parties shall file a status report no later than fourteen days following the conclusion of proceedings before the United States Supreme Court.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| | |
| */s/ Kelly E. Farnan* | */s/ Dominick T. Gattuso* |
| Kelly E. Farnan (#4395) | Dominick T. Gattuso (#3630) |
| One Rodney Square | 222 Delaware Avenue, Suite 900 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 472-7300 |
| 302.651.7700 | dgattuso@hegh.law |
| farnan@rlf.com | |
| | *Attorneys for Defendant Hikma* |
| *Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited,* and Mochida Pharmaceutical Co., Ltd. | *Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Kourtney M. Merrill | Charles B. Klein |
| KMerrill@sheppardmullin.com | Claire A. Fundakowski |
| Timothy P. Cremen | WINSTON & STRAWN LLP |
| TCremen@sheppardmullin.com | 1901 L Street, N.W. |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Washington, DC 20036 |
| 2099 Pennsylvania Ave, NW, Suite 100 | (202) 282-5000 |
| Washington, DC 20006 | |
| 202.747.1900 | Eimeric Reig-Plessis |
| | WINSTON & STRAWN LLP |
| Michael K. Heins | 101 California Street |
| MHeins@sheppardmullin.com | San Francisco, CA 94111 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | (415) 591-6808 |
| 12275 El Camino Real, Suite 100 | |
| San Diego, California 92130 | Ivan Poullaos |
| 858.720.8900 | Alison M. King |
| | Kevin J. Boyle |
| | WINSTON & STRAWN LLP |
| | 300 N. LaSalle Drive, Suite 4400 |
| | Chicago, IL 60654 |
| | (312) 558-5600 |

Dated: January 20, 2026

SO ORDERED this __20th__ day of January 2026.

-4-

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE