IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and MOCHIDA PHARMACEUTICAL CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS PLC,<br><br>Defendants. | C.A. No.: 20-1630-RGA-SRF |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (together "Amarin") and Mochida Pharmaceutical Co., Ltd. ("Mochida") (collectively, "Plaintiffs") and Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC (together "Hikma") enter this Stipulation of Voluntary Dismissal of the above-referenced action, wherein Plaintiff's claims of infringement against Hikma are dismissed with prejudice; Hikma's declaratory judgment counterclaims of non-infringement (Counts I and III) are dismissed with prejudice; and Hikma's declaratory judgment counterclaims of invalidity (Counts II and IV) are dismissed without prejudice as moot. Each party shall bear its own costs and attorneys' fees.

Dated: October 20, 2026

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7700
farnan@rlf.com

*Attorneys for Plaintiffs Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Mochida Pharmaceutical Co., Ltd.*

OF COUNSEL:

Kourtney M. Merrill
KMerrill@sheppardmullin.com
Timothy P. Cremen
TCremen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave, NW, Suite 100
Washington, DC 20006
202.747.1900

Michael K. Heins
MHeins@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130
858.720.8900

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals PLC*

OF COUNSEL:

Charles B. Klein
Claire A. Fundakowski
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
(202) 282-5000

Eimeric Reig-Plessis
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
(415) 591-6808

Ivan Poullaos
Alison M. King
Kevin J. Boyle
WINSTON & STRAWN LLP
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
(312) 558-5600

SO ORDERED this _______ day of ______________ 2026.

______________________________
UNITED STATES DISTRICT JUDGE